900

No. 375. GREAT AMERICAN INDEMNITY CO. ET AL. *v.* BRITTON, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul Sedgwick* and *Philip J. Lesser* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondent.

No. 376. FIVE BORO CONSTRUCTION CORP. *v.* GOLDBERG, SECRETARY OF LABOR. C. A. 1st Cir. Certiorari denied. *Joseph N. Friedman* for petitioner. *Solicitor General Cox, Morton Liftin* and *Beate Bloch* for respondent.

No. 353. HILBERT ET AL. *v.* PENNSYLVANIA RAILROAD CO. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE BRENNAN are of the opinion certiorari should be granted. *Edward J. Fillenwarth* and *Harold N. McLaughlin* for petitioners. *John B. Prizer* and *Richard N. Clattenburg* for respondent.

No. 331. SHELL PETROLEUM CO., LTD., *v.* PESCHKEN. Motion of American Waterways Operators, Inc., for leave to file brief, as *amicus curiae,* granted. Motion of Seaway Excursion Lines, Inc., for leave to file brief, as *amicus curiae,* denied. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. *Robert M. Julian* for petitioner. *David D. Furman,* Attorney General of New Jersey, *Theodore I. Botter,* Assistant Attorney General, and *Elias Abelson,* Deputy Attorney General, for respondent. *John H. Eisenhart, Jr.* for American Waterways Operators, Inc., as *amicus curiae,* in opposition to the petition.